# UNITED STATES DISTRICT COURT
Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | JUDGMENT IN A CRIMINAL CASE |
| ) | (For **Revocation** of Probation or Supervised Release) |
| V. ) | (For Offenses Committed On or After November 1, 1987) |
| ) | |
| CORY TWAN RICHARDSON ) | Case Number:  DNCW102CR00105-011 |
| ) | USM Number:  74783-004 |
| ) | |
| ) | Robert Charles Carpenter |
| ) | Defendant's Attorney |

**THE DEFENDANT:**

☒  Admitted guilt to violation of condition  4  of the term of supervision.
☐  Was found in violation of condition(s) count(s)     after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 4 | DRUG/ALCOHOL USE | 3/13/2013 |

   The Court declines to revoke the supervised release of the Defendant based on this violation, and continues the Defendant on the term of Supervised Release previously imposed on the same terms and conditions as previously imposed.

☐  The Defendant has not violated condition(s)    and is discharged as such to such violation(s) condition.
☒  Violation(s)  1, 2 & 3   are dismissed on the motion of the United States.

   **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:  11/25/2013

Martin Reidinger
United States District Judge

Date: December 10, 2013